UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 95-80132
HON. GEORGE CARAM STEEH

CORTEZ HUMPHRIES,

    Defendant.

_____/

## ORDER FINDING DEFENDANT INELIGIBLE FOR RE-SENTENCING

This court has considered defendant's notice regarding ineligibility for re-sentencing under crack guideline amendments (Document #98). As set forth in the "Notice," defendant's guideline calculation is unaffected by the crack (cocaine base) amendments under 18 U.S.C. §3582 (c) (2).

Accordingly, the court finds defendant ineligible for re-sentencing and discharges defense counsel from further responsibility in this matter.

Dated: October 16, 2008

    S/George Caram Steeh
    GEORGE CARAM STEEH
    UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
October 16, 2008, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk